THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONEY ISLAND JOCKEY CLUB, Respondent, *v.* LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*People ex rel. Coney Island Jockey Club* v. *Purdy,* 161 App. Div. 943, affirmed.

(Argued November 10, 1914; decided November 24, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 27, 1914, which affirmed an order of Special Term reducing an assessment for taxation upon real property of the relator.

*Frank L. Polk, Corporation Counsel* (*Eugene Fay* and *Curtis A. Peters* of counsel), for appellants.

*John M. Bowers* and *Latham G. Reed* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, MILLER and CARDOZO, JJ. Not voting: HOGAN, J.